```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                                   Case No. 12-15067-TWD
Donald C Cheney                                                          Chapter 7
Suzanne L Cheney
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0981-2          User: janetf                  Page 1 of 3                   Date Rcvd: Apr 24, 2013
                              Form ID: b18                  Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2013.
db/jdb        +Donald C Cheney,    Suzanne L Cheney,    20914 SE 358th St,    Auburn, WA 98092-9050
sr            +HSBC Bank USA National Association,    c/o Mathew S LaCroix,    McCarthy & Holthus LLP,
               19735 10th Ave NE #N200,     Poulsbo, WA 98370-7478
sr            +HSBC Bank USA, National Association,    Routh Crabtree Olsen, P.S.,    c/o Michelle Riel,
               13555 Se 36th St.,    Suite 300,    Bellevue, WA 98006-1489
953901397     +Associated Creditors Exchange,    PO Box 33130,    Phoenix, AZ 85067-3130
953901398      Bank Of America,    PO Box 515503,    Los Angeles, CA 90051-6803
953901401      Bank Of America Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
953901400      Bank Of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
954293408      Bank of America NA,    PO Box 660933,    Dallas TX 75266-0933
953901403     +Barclay's Bank Delaware,    700 Pride Xing,    Newark, DE 19713-6102
953901402     +Barclay's Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
953901404     +Boeing Employees Credit Union,    P.O. Box 97050,    Seattle, WA 98124-9750
954136258     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
953901410      CCCB Credt Services, Inc.,    PO Box 272,    Springfield, IL 62705-0272
953901406      Capital One,    PO Box 30279,    Salt Lake City, UT 84130-0279
953901413      Chase,    PO Box 24696,    Columbus, OH 43224-0696
954066906     +HSBC Bank USA, National Association,    400 National Way,    Simi Valley, CA 93065-6414
953901417      Hfc,    PO Box 49351,    San Jose, CA 95161-9351
953901425     +Morris Management, Inc.,    325 118th Avenue SE, Suite 204,    Bellevue, WA 98005-3521
953901427      Northstar Location Services, LLC,    Attn: Financial Services Dept.,    4285 Genesee Street,
               Cheektowaga, NY 14225-1943
953901429     +Professional Recovery Services, Inc.,    PO Box 1880,    Voorhees, NJ 08043-7880

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: WADEPREV.COM Apr 25 2013 08:33:00     State of Washington,    Department of Revenue,
               2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
953901405     +E-mail/Text: cms-bk@cms-collect.com Apr 25 2013 08:36:43     Capital Management Service, LP,
               726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
953901408      EDI: CAPITALONE.COM Apr 25 2013 08:33:00     Capital One,    PO Box 30281,
               Salt Lake City, UT 84130-0281
953901407     +EDI: CAPITALONE.COM Apr 25 2013 08:33:00     Capital One,    Attn; Bankruptcy Department,
               PO Box 30285,    Salt Lake City, UT 84130-0285
953901409      EDI: CAPITALONE.COM Apr 25 2013 08:33:00     Capital One Bank USA NA,    PO Box 71083,
               Charlotte, NC 28272-1083
953901412      EDI: CHASE.COM Apr 25 2013 08:33:00     Chase,    P.O. Box 94014,    Palatine, IL 60094-4014
953901411     +EDI: CHASE.COM Apr 25 2013 08:33:00     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
953921832     +EDI: TSYS2.COM Apr 25 2013 08:33:00     Department Stores National Bank/Macys,
               Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
953901414      EDI: HFC.COM Apr 25 2013 08:33:00     HFC,    P.O. Box 60101,    City Of Industry, CA 91716-0101
953901415     +EDI: HFC.COM Apr 25 2013 08:33:00     HFC,    P.O. Box 3425,    Buffalo, NY 14240-3425
953901419      EDI: HFC.COM Apr 25 2013 08:33:00     HSBC,    PO Box 60102,    City Of Industry, CA 91716-0102
953901421     +EDI: HFC.COM Apr 25 2013 08:33:00     HSBC,    PO Box 5263,    Carol Stream, IL 60197-5263
953901420      EDI: HFC.COM Apr 25 2013 08:33:00     HSBC,    P.O. Box 15519,    Wilmington, DE 19850
953901416      EDI: HFC.COM Apr 25 2013 08:33:00     Hfc,    1421 Kristina Way,    Chesapeake, VA 23320-8917
953901418      EDI: HFC.COM Apr 25 2013 08:33:00     Household Credit Services,    PO Box 98706,
               Las Vegas, NV 89193-8706
953901422      EDI: IRS.COM Apr 25 2013 08:33:00     Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
953970551     +EDI: OPHSUBSID.COM Apr 25 2013 08:33:00     KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
953901426      E-mail/Text: bankruptcydepartment@ncogroup.com Apr 25 2013 08:37:15
               Nco Financial Services, Inc.,    PO Box 13570,    Philadelphia, PA 19101
953901423     +EDI: TSYS2.COM Apr 25 2013 08:33:00     Macy,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
953901424      EDI: TSYS2.COM Apr 25 2013 08:33:00     Macy's,    Debt. Management,    P.O. Box 137,
               Columbus, GA 31902-0137
953944670     +EDI: MID8.COM Apr 25 2013 08:33:00     Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
953979525     +EDI: OPHSUBSID.COM Apr 25 2013 08:33:00     OAK HARBOR CAPITAL VI, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
953901428      EDI: HFC.COM Apr 25 2013 08:33:00     Orchard Bank,    PO Box 60102,
               City Of Industry, CA 91716-0102
954144445      EDI: PRA.COM Apr 25 2013 08:33:00     Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
                                                                                               TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
sr*           Bank of America NA,   PO Box 660933,   Dallas, TX  75266-0933
953970552*   +KEYSTONE RECOVERY PARTNERS LLC, SERIES A,   C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
953979526*   +OAK HARBOR CAPITAL VI, LLC,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
954060244*   +OAK HARBOR CAPITAL VI, LLC,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
953901399  ##+Bank Of America Home Loans,   PO Box 10219,   Van Nuys, CA 91410-0219
953901430  ##+Wei Peng,   101 NW 40th Street,   Vancouver, WA 98660-1701
                                                                              TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2013**                **Signature:**   _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2013 at the address(es) listed below:

```
          Mathew S LaCroix    on behalf of Special Request    HSBC Bank USA National Association
           mlacroix@mccarthyholthus.com,  bknoticesWA@mccarthyholthus.com
          Mathew S LaCroix    on behalf of Special Request    Bank of America NA mlacroix@mccarthyholthus.com,
           bknoticesWA@mccarthyholthus.com
          Michael B McCarty    michael@mccartytrustee.com,  WA03@ecfcbis.com,
           mbm@trustesolutions.com;krystina@mccartytrustee.com,MBM@trustesolutions.net
          Michelle R Riel    on behalf of Special Request    HSBC Bank USA, National Association
           ecf@rcolegal.com
          Michelle R Riel    on behalf of Creditor    HSBC Bank USA, National Association ecf@rcolegal.com
          Ryan M Ko    on behalf of Creditor    Boeing Employees Credit Union ecf@becu.org
          Timothy J Wilson    on behalf of Plaintiff Donald C Cheney tjw@timwilsonlaw.com
          Timothy J Wilson    on behalf of Joint Debtor Suzanne L Cheney tjw@timwilsonlaw.com
          Timothy J Wilson    on behalf of Debtor Donald C Cheney tjw@timwilsonlaw.com
          Timothy J Wilson    on behalf of Plaintiff Suzanne L Cheney tjw@timwilsonlaw.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **12−15067−TWD**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donald C Cheney
20914 SE 358th St
Auburn, WA 98092

Suzanne L Cheney
20914 SE 358th St
Auburn, WA 98092−9050

Social Security/Individual Taxpayer ID No.:
xxx−xx−4305

xxx−xx−6550

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **May 11, 2012.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: April 24, 2013

Timothy W. Dore
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**